UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH R. VAN DYNE,

                Plaintiff,                **ORDER**
                                                                       CV 04-2916 (ARL)

      -against-

MODERN CONTINENTAL COMPANIES, INC.,
et al.,

                Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     A settlement conference in the above-captioned case has been scheduled for **September 19, 2006, at 10:30 a.m.** The parties are reminded that clients or other persons with full settlement authority must attend or be available by telephone. Each party shall submit an *ex parte* written statement of their respective settlement positions, not to exceed three pages, to the undersigned by September 14, 2006.

Dated:  Central Islip, New York                      **SO ORDERED:**
         August 31, 2006

                                                           _____/s/_____
                                                       ARLENE R. LINDSAY
                                                       United States Magistrate Judge